United States District Court
Southern District of Texas
**ENTERED**
May 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANA BOWMAN, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04356 |
| | § | |
| 1933 ARGO RD, LLC, *et al.*, | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On February 27, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Peter Bray under 28 U.S.C. § 636(b)(1). (Dkt. 40). Judge Bray filed a *Memorandum and Recommendation* on May 6, 2026, recommending that Defendants' Motion to Dismiss (Dkt. 39) be denied. (Dkt. 44).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

1 / 2

(1)    Judge Bray's *Memorandum and Recommendation* (Dkt. 44) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2)    Defendants' Motion to Dismiss (Dkt. 39) is **DENIED**.

It is so **ORDERED**.

SIGNED at Houston, Texas on May 29, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE